IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                    CASE NO. 4:08cr00372-01 JMM

MURIA JESSICA LYNN PARDOE

AMENDED JUDGMENT

Due to a clerical error, the judgment entered in this case on December 29, 2008 (DE #16), is amended. Page one of the Judgment incorrectly stated that the Defendant pleaded guilty to Count 1 of Indictment. The defendant pleaded guilty to Count 1 of an Information.

The Clerk is directed to provide a copy of this order to the United States Probation Office and the United States Marshals Office.

IT IS SO ORDERED this 29th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE